872

SIKORA. (D) EDWARD C. ST. CLAIR v. YONKERS RACEWAY, INC., et al. (E) EARL
C. SYLVANDER et al. v. FARMERS AND TRADERS LIFE INS. CO. — [In each action]
Motion denied to add case to May Calendar.

█ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY.
(B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN COLAVECCHIO. (C) THE
PEOPLE OF THE STATE OF NEW YORK v. EDGAR J. DEWEY. (D) THE PEOPLE OF
THE STATE OF NEW YORK v. WILLIAM DUNCAN. (E) THE PEOPLE OF THE STATE
OF NEW YORK v. ADAM FLOWERS, JR.— [In each case] Motion granted and time
for argument of appeal enlarged to include term commencing September 5,
1962, on condition that appellant's briefs are filed and served on or before
July 16, 1962.

█ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JERRY
FASOLINO, Respondent.— Motion granted and time for argument of appeal
enlarged to include September 1962 Term, on condition records and appellant's
briefs are filed and served on or before July 2, 1962.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK
GATTI and GINO ALBINI, Appellants.— Motion granted and time for argument
of appeal enlarged to include September 1962 Term on condition appellants'
briefs are filed and served on or before July 2, 1962.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES
TANGREDI, Appellant.— Motion granted and order dismissing appeal vacated;
respondent directed to file and serve briefs on or before August 9, 1962, and
case set down for argument at term commencing September 5, 1962.

█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES A.
CARUSO, Appellant.— Motion granted to prosecute appeal upon single type-
written record and printed briefs; and time for argument of appeal enlarged to
include September 1962 Term on condition record and appellant's briefs are
filed on or before July 2, 1962.

█ (A) EMPIRE MUTUAL INSURANCE COMPANY, Appellant, v. CHARLES
INGRAM et al., Respondents. (Fix & Spindelman for Strang, Wright, Combs,
Wiser & Shaw.) (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JAMES TANGREDI, Appellant. (Leonard H. Amdursky, Esq., for J. Richard
Sardino, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
ROYCE ALFRED PERRY, Appellant. (John P. Chwalek, Esq., for Edward J.
Madden, Esq. Order entered April 16, 1962.) (D) THE PEOPLE OF THE STATE
OF NEW YORK v. VINCENT A. CIFFA (Louis Russo, Esq., for John S. Fanning,
Esq. Order entered April 25, 1962). (E) THE PEOPLE OF THE STATE OF NEW
YORK ex rel. FRANCIS J. HIGGINS v. WALTER H. WILKINS, as Warden of Attica
Prison (Robert Hitchcock, Esq., for Anthony L. Sapienza, Esq. Order entered
April 25, 1962). (F) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD
BARNES (Richard C. Birmingham, Esq., for Daniel J. Lynch, Esq.).— [In each
action] Order of substitution of attorneys entered.

█ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. THEODORE
LEWIS, Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison,
Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.
(B) CLARA SAMROCK, Respondent, v. WILLIAM G. SAMROCK, Appellant.
(C) JOHN GRIEPSMA, Respondent, v. ETHEL E. SEYMOUR, as Administratrix of
the Estate of FRED S. SEYMOUR, Deceased, Appellant. PETER J. GRIEPSMA,
Respondent, v. ETHEL E. SEYMOUR, as Administratrix of the Estate of Fred S.
Seymour, Deceased, Appellant.— [In each motion] Appeal dismissed, without
costs, upon stipulation.